## In the matter of a ROAD in PLYMOUTH township.

### CERTIORARI.

It is not a sufficient ground for setting aside a report of a road jury, that the jurors are entertained on the day of the view at the house of a petitioner, and at his expense, there being no special circumstances of abuse in the case.

THIS was a certiorari to the quarter Sessions of Montgomery county to remove the proceedings in the case of a road from the Mill-road to the *Watson's* ford-road. There had been a review altering the road as laid out by the first jury—and afterwards a re-review under the proceedings in which a report was made in favour of the road as laid out by the first jury. Exceptions were taken to the report, which were overruled by the court, and the report confirmed.

It appeared that the jury had dined at the house of *John Davis*, one of the petitioners, on the day of the re-review; and were entertained at his expense. It did not appear, however, that *Davis* had in any manner attempted to influence the jury as to the course they should take.

*Potts* now contended that the court below should have quashed the report, because while deliberating on the proposed road, and before they had signed their report, the jurors had been entertained at the house of one of the petitioners.

*Kittera,* contra.

PER CURIAM.—The expenses of a re-review are borne by the parties at whose instance it was awarded; and we know of no reason why a petitioner should not entertain the viewers at his own house instead of a tavern. Were this objection to prevail, few proceedings of the sort would stand a test so severe. An abuse in this particular might possibly give room for interference; but nothing of the sort appears in the evidence, and at all events, the court below was fully competent to determine the fact.

Order of the sessions affirmed.